UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FLOYD LEWIS,

    Plaintiff,

v.                                              Case No.  3:25-cv-1340-TKW-HTC

UNITED PARCEL SERVICE, INC.,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 21) and Plaintiff's objections (Doc. 22).[1]  No response to the objections is needed.

The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination Defendant's motion to compel arbitration should be granted and that this case should be stayed pending completion of arbitration.  Accordingly, it is

---

[1] The Court previously explained that the objections were timely filed, see Doc. 24, but the calculation underlying that conclusion was slightly off because the 17th day after the date the R&R was mailed was February 8, not February 9.  That, however, does not undermine the conclusion that the objections were timely filed on February 9 because February 8 was a Sunday so the filing deadline was extended to the next day under Fed. R. Civ. P. 6(a)(1)(C).

**ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. Defendant's motion to compel arbitration (Doc. 11) is GRANTED.

3. This case is STAYED under 9 U.S.C. §3 pending completion of arbitration.

4. The Clerk shall administratively close this case.

5. The parties shall file a notice within 14 days after completion of arbitration indicating whether the case should be re-opened or dismissed.

**DONE AND ORDERED** this 13th day of February, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**